BROADWAY CENTRAL SECURITIES CORPORATION v. BUCHANAN RESTAURANT CO.,

INC. (Formerly VISALIA RESTAURANT CO., INC.), and WILLIAM J. GALLAGHER.— Motion withdrawn by stipulation. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.